# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

vs                                        **CASE NO. 3:08cr21/MCR**

**EDWIN MORGES-FERNANDEZ**

## JUDGMENT OF ACQUITTAL ON JURY VERDICT

The jury returned a verdict of not guilty as to this defendant on Counts I, II, and III following a trial on May 8, 2008.

Based on the jury's verdict, the defendant is hereby ADJUDGED NOT GUILTY of the charges in Counts I, II, and III.

**DONE and ORDERED** at Pensacola, Florida, this 9th day of May 2008.

                                                           s/ *M. Casey Rodgers*
                                                           M. CASEY RODGERS
                                                           UNITES STATES DISTRICT JUDGE